```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cr-00283 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO ORDER TO |
| | ) | CALENDAR MATTER BEFORE |
| | ) | BEFORE THE HONORABLE ANTHONY |
| | ) | W. ISHII |
| MAIRO CORREA-GARCIA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, by and through his attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the above-captioned matter for a change of plea before this Court on

////

////

////

1

October 1, 2012, at 11:00 and vacate his status conference before Judge Dennis L. Beck at 1:00 p.m. on October 9.

DATED: September 27, 2012                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

                                            /s/ Dale Blickenstaff
                                            DALE BLICKENSTAFF
                                            Attorney for Defendant
                                            Mairo Correa-Garcia

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on October 1, 2012, at 11:00 a.m. and that his status conference before Judge Dennis L. Beck on October 9 shall be vacated.

IT IS SO ORDERED.

Dated: _____September 27, 2012_____  _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE